# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131149

ANTONIO JOHN BELMAREZ,
as Personal Representative of the
Estate of OLIVIA BELMAREZ,
      Plaintiff-Appellant,

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

WESLEY SCOTT DEVON, SR.,
      Defendant-Appellee.

SC: 131149
COA: 263279
Kent CC: 03-002370-NO

_____/

     On order of the Court, the application for leave to appeal the March 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

s0821

_____
Clerk